UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GARDEN CITY BOXING CLUB, INC.,     JUDGMENT
as Broadcast Licensee of the September 18, 2004     05-CV- 1046 (JG)
DeLaHoya/Hopkins Program,

                               Plaintiff,

-against-

JIMMY HERNANDEZ,

                               Defendant.
-----------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 2 2006 ★
BROOKLYN OFFICE

      An Order of Honorable John Gleeson, United States District Judge, having been filed on April 28, 2006, adopting the Report and Recommendation of Magistrate Judge Robert M. Levy, dated March 30, 2006; granting plaintiff's motion for a default judgment as to defendant Infiniti Cuts and Connections but denied as to defendant Ismael Acevedo; and directing the Clerk of Court to enter judgment awarding plaintiff $4,000.00 in damages and $975.00 in attorney's fees and costs; it is

      ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Robert M. Levy is adopted in its entirety; that plaintiff's motion for a default judgment is granted as to defendant Infiniti Cuts and Connections but denied as to defendant Ismael Acevedo; and that judgment is hereby entered awarding plaintiff $4,000.00 in damages and $975.00 in attorney's fees and costs.

Dated: Brooklyn, New York
       May 01, 2006

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court