

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 17 2006 ★
BROOKLYN OFFICE

June 13, 2006

Tara D. Hunter-Hicks
Anna Rodriguez & Ralph Vega, Jr.
Pro Sewritrclerks

Attn: Pro Se Office
US District Court
Eastern District of NY
225 Cadman Plaza East
Brooklyn, NY 11201

*The Clerk is directed to send a copy to plaintiff's counsel. So ordered*
s/John Gleeson

USDJ
7-10-06

cc: Mr. Acevedo

Re: Garden City Boxing v. Infinity Cuts & Connections
File #: 058443
05-CV-1046 (BMC)(RML)
(JG)

To Whom It May Concern:

This is to inform you that I recently received a letter from the U.S. District Court Clerks Office awarding payment of $4,975.00 in total for damages and attorneys fees.

I have agreed to pay the afore mentioned amount due, but am requesting that you accept payment in installments of $100.00 per month secondary to my employment being part time status and my income is minimal.

Thank you for your cooperation in advance and if you have any questions regarding this matter, feel free to contact me.

Respectfully,

Ismael Acevedo

(31)